UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-60400-CV-COHN

ADELE STORFER, as wife and best
friend of SHELDON STORFER,

Magistrate Judge Seltzer

       Plaintiff,

vs.

GUARANTEE TRUST LIFE
INSURANCE COMPANY,

       Defendant.
_____/

## ORDER GRANTING UNOPPOSED  MOTION TO APPROVE SUPERSEDEAS BOND AND TO STAY EXECUTION OF FINAL JUDGMENTS

**THIS CAUSE** is before the Court upon Defendant Guarantee Trust Life

Insurance Company's Unopposed Motion to Approve Supersedeas Bond and to Stay

Execution of Final Judgment [DE 77].  The Court has carefully considered the motion

and is otherwise fully advised in the premises.

Rule 62(d) of the Federal Rules of Civil Procedure provides that an appellant

may obtain a stay by posting a supersedeas bond.  Defendant has posted such a bond

in the amount of $50,000, which is more than 110% of the Final Judgment amount of

$45,360.  The Court has also just entered a final judgment against Defendant taxing

costs in the amount of $2,443.21, for a total award of $47,803.21, plus statutory post-

judgment interest.  The Court will utilize its discretion to depart from the normal

requirement of posting of another bond for the cost judgment, and stay execution of

both judgments, as the $50,000 bond will cover both judgments plus two years woth of

interest.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1.      Defendant Guarantee Trust Life Insurance Company's Unopposed Motion to Approve Supersedeas Bond and to Stay Execution of Final Judgment [DE 77] is hereby **GRANTED**;

2.      Both the Final Judgment entered on October 28, 2010 (dated October 27, 2010) at docket entry 68, and the cost judgment dated December 8, 2010 at docket entry 79, are hereby stayed by this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of December, 2010.


Copies furnished to:

counsel of record of CM/ECF